Herman Stroops and Charles M. Peirce, plaintiffs in error, v. David P. Jones and Forest Ackman, defendants in error. Gen. No. 8,929.

Opinion filed April 17, 1936.

Charles M. Peirce, for plaintiffs in error. Wm. J. Long and T. E. Bottenberg, for defendants in error.

Mr. Justice Fulton delivered the opinion of the court.

Paul J. Melahn, appellant, v. Charles Mayhew, appellee. Gen. No. 8,951.

Opinion filed April 17, 1936.

A. J. B. Showalter and O. B. Dobbins, for appellant. Frank B. Leonard and John L. Franklin, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

## Fourth District.

Arthur F. McClain, appellant, v. Brotherhood of Railroad Trainmen, appellee.

Opinion filed May 8, 1936.

Frank C. Smith, for appellant. Kramer, Campbell, Costello & Wiechert, for appellee.

Mr. Presiding Justice Edwards delivered the opinion of the court.

The W. Q. O'Neall Company, appellee, v. Commissioner of Highways, Town of Deming, appellant.

Opinion filed May 8, 1936.

Frank E. Trobaugh, for appellant; Stephen E. Brondos, of counsel. Paul A. Jones and Nealy I. Glenn, for appellee.

Mr. Justice Murphy delivered the opinion of the court.